IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN,<br><br>and<br><br>WARREN MART and BURTON C. TREBOUR, Co-chairmen of the Board of Trustees of the I.A.M. National Pension Plan,<br><br>Plaintiffs,<br><br>v.<br><br>INDUSTRIAL MATERIAL HANDLING CO. OF NEW YORK, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06-cv-01180-JDB<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for the Plaintiffs I.A.M. National Pension Fund, National Pension Plan, and Warren Mart and Burton Trebour. I certify that I am admitted to practice in this Court.

                                                        Respectfully submitted,

                                                        __/s/_____
                                                        Ellen O. Boardman (D.C. Bar # 375563)
                                                        O'DONOGHUE & O'DONOGHUE LLP
                                                        4748 Wisconsin Avenue, N.W.
                                                        Washington, DC  20016
                                                        (202) 362-0041

                                                        Counsel for Plaintiff

144648_1.DOC