# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND,<br>NATIONAL PENSION PLAN,<br><br>and<br><br>WARREN MART and<br>BURTON C. TREBOUR,<br>Co-chairmen of the Board of Trustees<br>of the I.A.M. National Pension Plan,<br><br>Plaintiffs,<br><br>v.<br><br>INDUSTRIAL MATERIAL HANDLING<br>CO. OF NEW YORK, INC.<br><br>Defendant. | Case No. 1:06-cv-01180-JDB |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for the Plaintiffs I.A.M. National Pension Fund, National Pension Plan, and Warren Mart and Burton Trebour. I certify that I am admitted to practice in this Court.

Respectfully submitted,

__/s/_____
Ellen O. Boardman (D.C. Bar # 375563)
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
(202) 362-0041
eboardman@odonoghuelaw.com

Counsel for Plaintiff

144648_1.DOC