UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, et al., Plaintiffs, v. INDUSTRIAL MATERIAL HANDLING CO. OF NEW YORK, INC., Defendant. | Case No. 065CV01180 JDB |

## AFFIDAVIT OF SERVICE

I, Susan Cortina, being duly authorized to make service of the Summons & Complaint in the above entitled action, hereby depose and say:

I am over the age of twenty-one years.

I am not a party to or otherwise interested in the suit.

My business address is: P.O. Box 93, Deer Park, NY 11729.

At 9:25 a.m. on the 15th day of July, 2006, I served the within named defendant, Industrial Material Handling Co. of New York, Inc., by leaving a copy of the Summons & Complaint with Robert Riddle, President, at 70 Peconic Bay Avenue, Southampton, New York 11968.

/s/
Process Server

Subscribed and sworn to before me this 17th day of July, 2006.

/s/
Eloise Gervin, Notary Public

My Commission expires on  June 13, 2009.