UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INDUSTRIAL MATERIAL HANDLING CO. OF NEW YORK, INC.,<br><br>    Defendant. | Civil Action No.  06-1180 (JDB) |

## ORDER

It is this 3rd day of August, 2006, hereby **ORDERED** that the initial scheduling conference in this matter is set for September 7, 2006, at 9:00 a.m. in Courtroom 8.  Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference -- that is, by no later than September 1, 2006.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  See L. Civ. R. 5.1(b).  The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive

motions (including those for enlargements of time).

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Copies to:

Ellen O. Boardman
O'DONOGHUE & O'DONOGHUE
4748 Wisconsin Avenue, NW
Washington, DC  20016
Email: eboardman@odonoghuelaw.com

Joseph Patrick Martocci, Jr.
Robert Tertius Osgood
I.A.M. NATIONAL PENSION FUND
1300 Connecticut Avenue, NW, Suite 300
Washington, DC  20036-1703
Email: jmartocci@iamnpf.org
Email: rosgood@iamnpf.org

*Counsel for plaintiffs*


Stephen Warren Nichols
DECKELBAUM,OGENS & RAFTERY,CHTD.
3 Bethesda Metro Center, Suite 200
Bethesda, MD  20814-5376
Email: snichols@deckelbaum.com

*Counsel for defendant*