**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| INDUSTRIAL MATERIAL HANDLING CO. OF NEW YORK, INC., | ) ) ) ) |
| Defendant. | ) |

Case No. 1:06-CV-1180

---

**LCvR 26.1 CERTIFICATE OF
DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS**

I, Stephen Nichols, counsel of record for the above-captioned defendant Industrial Material Handling Co. of New York, Inc., certify that to the best of my knowledge and belief that neither the defendant nor any parent company, subsidiary, or affiliate has outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:   August 4, 2006.

                      DECKELBAUM OGENS & RAFTERY, CHTD.

                      By:    /s/ Stephen Nichols
                               Stephen Nichols
                               D.C. Bar No. 429686
                               3 Bethesda Metro Center
                               Suite 200
                               Bethesda, MD  20814
                               (301) 961-9200

*Attorneys for Defendants*

Of Counsel:

ROGER M. WHELAN, ESQ.
DC Bar No. 013847
17908 Ednor View Terrace
Ashton, MD  20861
(301) 260-7707

KEVIN J. NASH, ESQ.  (KJN-6274)
FINKEL GOLDSTEIN
ROSENBLOOM & NASH, LLP
Attorneys for Defendant
26 Broadway, Suite 711
New York, New York 10004
Tel: (212) 344-2929