UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> INDUSTRIAL MATERIAL HANDLING CO. OF NEW YORK, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1180 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the law firm of PROSKAUER ROSE LLP hereby enters a notice of appearance as lead counsel on behalf of Defendant Industrial Material Handling Co. of New York, Inc. and in substitution for the law firm DECKELBAUM OGENS & RAFTERY, CHTD. and Of Counsel Roger M. Whelan and Kevin J. Nash, which hereby withdraw as counsel for the Defendant. Counsel requests that copies of court orders, filings, and other court papers be sent by Electronic Case Filing to Timothy P. Tobin of PROSKAUER ROSE LLP.

Respectfully Submitted,

DECKELBAUM OGENS & RAFTERY CHTD.

By:_____
Stephen Nichols (D.C. Bar No. 429686 3)
Bethesda Metro Center Suite 200
Bethesda, MD 20814
(301) 961-9200

PROSKAUER ROSE LLP

By:___/s/ Timothy P. Tobin_____
Timothy P. Tobin (D.C. Bar No. 477694)
Robert Bernstein (D.C. Bar No. 490166)
1001 Pennsylvania Ave, Suite 400 South
Washington, D.C. 20004
Tel. (202) 416-6800
Fax (202) 416-6899
ttobin@proskauer.com

*Counsel for Defendant International Material Handling Co. of New York, Inc.*

Roger M. Whelan, Esq.
DC Bar No. 013847
17908 Ednor View Terrace
Ashton, MD 20861
(301) 260-7707

INTERNATIONAL MATERIAL HANDLING
CO. OF NEW YORK, INC.

By _____

Robert F. Riddle, Sr.
President

FINKEL GOLDSTEIN ROSENBLOOM & NASH LLP
Kevin J. Nash (KJN-6274)
26 Broadway, Suite 711
New York, New York 10004
(212) 344-2929

August 23 , 2006

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August, 2006 a copy of the foregoing NOTICE was mailed, via first class mail, postage prepaid, to the following:

Joseph P. Martocci, Jr., Esq.
1300 Connecticut Ave., NW
Suite 300
Washington, DC  20036
Attorney for Plaintiffs


Ellen O. Boardman, Esq.
O'Donoghue & O'Donoghue, LLP
4748 Wisconsin Ave., NW
Washington, DC  20016


/s/ Timothy P. Tobin
Timothy P. Tobin
1001 Pennsylvania Ave,
Suite 400 South
Washington, D.C. 20004
Tel. (202) 416-6800
Fax (202) 416-6899
ttobin@proskauer.com