## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

I.A.M. NATIONAL PENSION FUND, *et al.*)

                              )

           Plaintiffs,       )

                              ) Civil Action No. 06-1180 (JDB)

        v.               )

INDUSTRIAL MATERIAL HANDLING  )

CO. OF NEW YORK, INC.,         )

                              )

           Defendant.       )

_____)

### MOTION FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Civil Rule 83.2(d), undersigned counsel for Defendant Industrial Material Handling, Co. of New York, Inc., hereby moves the admission *pro hac vice* of Russell L. Hirschhorn to appear in the above-captioned proceeding on behalf of Defendant.  The supporting declaration of Mr. Hirschhorn is attached hereto as Exhibit 1 and a proposed order granting the requested relief is attached as Exhibit 2.  Defendant has spoken with Plaintiffs' counsel, in compliance with Local Civil Rule 7(m), who does not oppose this motion.

Dated: August 28, 2006               Respectfully submitted,

                                   PROSKAUER ROSE LLP

                                   By:____/s/  Timothy P. Tobin_____
                                   Timothy P. Tobin (D.C. Bar No. 477694)
                                   1001 Pennsylvania Ave, Suite 400 South
                                   Washington, D.C. 20004
                                   Tel. (202) 416-6800
                                   Fax (202) 416-6899
                                   ttobin@proskauer.com

                                   *Counsel for Defendant International*
                                   *Material Handling Co. of New York, Inc.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28 day of August, 2006 a copy of the foregoing MOTION was mailed, via first class mail, postage prepaid, to the following:

Joseph P. Martocci, Jr., Esq.
1300 Connecticut Ave., NW
Suite 300
Washington, DC  20036
Attorney for Plaintiffs


Ellen O. Boardman, Esq.
O'Donoghue & O'Donoghue, LLP
4748 Wisconsin Ave., NW
Washington, DC  20016


/s/ Timothy P. Tobin
Timothy P. Tobin
1001 Pennsylvania Ave,
Suite 400 South
Washington, D.C. 20004
Tel. (202) 416-6800
Fax (202) 416-6899
ttobin@proskauer.com