# EXHIBIT 1

Motion for Admission *Pro Hac Vice*,

*I.A.M. National Pension Fund, et al. v. Industrial Material Handling, Co. of New York, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

I.A.M. NATIONAL PENSION FUND, *et al.*)
                                   )
         Plaintiffs,        )
                                   ) Civil Action No. 06-1180 (JDB)
   v.                            )
INDUSTRIAL MATERIAL HANDLING  )
CO. OF NEW YORK, INC.,            )
                                   )
         Defendant.        )
                                   )

---

## **DECLARATION OF RUSSELL L. HIRSCHHORN, ESQ.**

I, RUSSELL L. HIRSCHHORN, ESQ., depose and say upon personal knowledge as follows:

1. Pursuant to Local Civil Rule 83.2(d), I make this declaration in support of the accompanying Motion for Admission *Pro Hac Vice* filed by Defendant Industrial Material Handling, Co. of New York, Inc.

2. My full name is Russell Laurence Hirschhorn.

3. My office address is 1585 Broadway, New York, NY 10036-82992. My office telephone number is 212.969.3286 and my email address is rhirschhorn@proskauer.com.

4. I am a member of the New York State bar. I am also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

5. I have not been disciplined by any bar.

6. I have not applied for admission *pro hac vice* to this Court in the last two years.

7. I will join Timothy P. Tobin (D.C. Bar No. 477694), a member of this Court in good standing, as counsel of record on behalf of Defendant Industrial Material Handling, Co. of New York, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2006

Russell L. Hirschhorn