**EXHIBIT 2**

**Motion for Admission *Pro Hac Vice*,**

*I.A.M. National Pension Fund, et al. v. Industrial Material Handling, Co. of New York, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
I.A.M. NATIONAL PENSION FUND, *et al.*)
                                    )
         Plaintiffs,                )
                                    ) Civil Action No. 06-1180 (JDB)
     v.                             )
INDUSTRIAL MATERIAL HANDLING        )
CO. OF NEW YORK, INC.,              )
                                    )
         Defendant.                 )
_____

## ORDER

With the Court having considered the Motion for Admission *Pro Hac Vice* filed by Defendant Industrial Material Handling, Co. of New York, Inc., it is hereby

**ORDERED**, that the motion is **GRANTED**; and it is

**FURTHER ORDERED**, that Russell L. Hirschhorn shall be admitted *pro hac vice* in the above-captioned proceeding.

**SO ORDERED**, this ___ day of _____, 2006.

                              BY: _____
                                  James D. Bates
                                  United States District Judge

Copies To:  Russell L. Hirschhorn
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
212.969.3286
212.969.2900 (fax)

Timothy P. Tobin
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)

*Counsel for Defendant International
Material Handling Co. of New York, Inc.*

Joseph P. Martocci, Jr., Esq.
1300 Connecticut Ave., NW
Suite 300
Washington, DC  20036


Ellen O. Boardman, Esq.
O'Donoghue & O'Donoghue, LLP
4748 Wisconsin Ave., NW
Washington, DC  20016

*Attorneys for Plaintiffs*

2