UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
I.A.M. NATIONAL PENSION FUND,                )
NATIONAL PENSION PLAN, *et al.*              )
                                             )
       Plaintiffs,                           )
                                             ) Civil Action No. 06-1180 (JDB)
       v.                                    )
INDUSTRIAL MATERIAL HANDLING                 )
CO. OF NEW YORK, INC.                        )
                                             )
       Defendant.                            )
_____)

**DEFENDANT'S MOTION FOR CONTINUANCE
OF THE INITIAL SCHEDULING CONFERENCE**

PLEASE TAKE NOTICE that Defendant Industrial Material Handling Co. of New York, Inc., through its attorneys, Proskauer Rose LLP, respectfully requests a continuance of the initial scheduling conference (the "Conference") in the above-captioned matter that is currently scheduled for September 7, 2006 at 9:00 a.m.

The reason for this request is that Defense counsel has previously committed this date to attending an arbitration in another matter.

Plaintiff's counsel does not object to a short continuance.

The parties will file their Joint Rule 16.3 Report by September 1, 2006 as directed by the Court in its Order filed August 3, 2006.

After conferring with Plaintiff's counsel, subject to the Court's availability, the parties respectfully propose September 13, 20, or 28 as alternative dates for the Conference.

> Respectfully Submitted,
> PROSKAUER ROSE LLP
>
> By:	/s/ Timothy P. Tobin
> 	Timothy P. Tobin (D.C. Bar No. 477694)
> 1001 Pennsylvania Ave, Suite 400 South
> Washington, D.C. 20004
> Tel. (202) 416-6800
> Fax (202) 416-6899
> ttobin@proskauer.com
>
> Russell L. Hirschhorn (RH-3394) (*pro hac vice pending*)
> Proskauer Rose LLP
> 1585 Broadway
> New York, NY 10036-8299
>
> *Counsel for Defendant International Material Handling Co. of New York, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2006 a copy of the foregoing Motion for Continuance of the Initial Scheduling Conference was mailed, via first class mail, postage prepaid, to the following:

>Joseph P. Martocci, Jr., Esq.
>1300 Connecticut Ave., NW
>Suite 300
>Washington, DC  20036
>Attorney for Plaintiffs

>Ellen O. Boardman, Esq.
>O'Donoghue & O'Donoghue, LLP
>4748 Wisconsin Ave., NW
>Washington, DC  20016

>__/s/ Timothy P. Tobin__
>Timothy P. Tobin
>1001 Pennsylvania Ave,
>Suite 400 South
>Washington, D.C. 20004
>Tel. (202) 416-6800
>Fax (202) 416-6899
>ttobin@proskauer.com