UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
I.A.M. NATIONAL PENSION FUND, *et al.*)
                                            )
        Plaintiffs,         )
                                            ) Civil Action No. 06-1180 (JDB)
      v.                                )
INDUSTRIAL MATERIAL HANDLING  )
CO. OF NEW YORK, INC.,              )
                                            )
        Defendant.        )
_____

## ORDER

With the Court having considered the Motion for a continuance of the initial scheduling conference currently scheduled for September 7, 2006 at 9:00 a.m. filed by Defendant Industrial Material Handling, Co. of New York, Inc., it is hereby:

**ORDERED**, that the motion is **GRANTED**; and it is

**FURTHER ORDERED**, that the initial scheduling conference be held on September ___, 2006 at _____ a.m./p.m.

**SO ORDERED**, this ___ day of _____, 2006.


                                              By: _____
                                                   James D. Bates
                                                   United States District Judge

Copies To:    Russell L. Hirschhorn (*pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
212.969.3286
212.969.2900 (fax)

Timothy P. Tobin
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)

*Counsel for Defendant International Material Handling Co. of New York, Inc.*

Joseph P. Martocci, Jr., Esq.
1300 Connecticut Ave., NW
Suite 300
Washington, DC  20036

Ellen O. Boardman, Esq.
O'Donoghue & O'Donoghue, LLP
4748 Wisconsin Ave., NW
Washington, DC  20016

*Attorneys for Plaintiffs*