UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NAT'L PENSION FUND, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>INDUS. MATERIAL HANDLING CO. OF NEW YORK, INC.,<br><br>    Defendant. | Civil Action No. 06-1180 (JDB) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held with the Court on September 13, 2006, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1. The parties shall have until December 1, 2006, to join additional parties and to amend the pleadings without further leave of the Court.

2. The parties shall not file expert witness reports; however, the Court will entertain joint motions to allow for the filing of such reports consistent with Federal Rule of Civil Procedure 26(a)(2).

3. All discovery shall be completed by March 1, 2007.

4. Dispositive motions shall be filed by not later than April 16, 2007, oppositions shall be filed by not later than May 7, 2007, and any replies shall be filed by not later than May 21, 2007.

5.  Defendant shall file a motion to stay proceedings by not later than September 18, 2006. Opposition to the motion shall be filed within eleven (11) days from the date on which the motion is served, and any replies shall be filed within five (5) days from the date on which the opposition is served.

6.  Initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be served within twenty (20) days from the date on which the motion to stay is resolved.

7.  As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

/s/   John D. Bates
John D. Bates
United States District Judge

Dated:   September 13, 2006