UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ | |
| I.A.M. NATIONAL PENSION FUND, | ) |
| NATIONAL PENSION PLAN, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-1180 (JDB) |
| v. | ) |
| INDUSTRIAL MATERIAL HANDLING | ) |
| CO. OF NEW YORK, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law In Support of Defendant's Motion To Stay All Proceedings, Proposed Order, and all the pleadings and proceedings had herein, Defendant Industrial Material Handling Co. of New York, Inc. will move this Court before the Honorable John D. Bates, at a date and time to be set by the Court, in the United States Courthouse, District of Columbia, 333 Constitution Avenue, N.W. Washington, D.C. 20001, for an Order staying all proceedings in the above-captioned action, and awarding Defendant further relief as the Court may deem just and proper. Plaintiffs object to the requested stay of proceedings.

Dated: Washington, D.C.
September 18, 2006

        Respectfully Submitted,
        PROSKAUER ROSE LLP

By: /s/ Timothy P. Tobin
Timothy P. Tobin (D.C. Bar No. 477694)
1001 Pennsylvania Ave, Suite 400 South
Washington, D.C. 20004
Tel. (202) 416-6800
Fax (202) 416-6899
ttobin@proskauer.com

Russell L. Hirschhorn (RH-3394) (*admitted pro hac vice*)
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
*Counsel for Defendant*

To:    Joseph P. Martocci, Jr., Esq.
      1300 Connecticut Ave., NW, Suite 300
      Washington, DC 20036
      Attorney for Plaintiffs

      Ellen O. Boardman, Esq.
      O'Donoghue & O'Donoghue, LLP
      4748 Wisconsin Ave., NW
      Washington, DC 20016

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 18th day of September, 2006 a copy of the foregoing Motion for Continuance of the Initial Scheduling Conference was served via Facsimile and UPS Next Day Mail to the following:

    Joseph P. Martocci, Jr., Esq.
    1300 Connecticut Ave., NW
    Suite 300
    Washington, DC  20036
    Attorney for Plaintiffs

    Ellen O. Boardman, Esq.
    O'Donoghue & O'Donoghue, LLP
    4748 Wisconsin Ave., NW
    Washington, DC  20016

    /s/ Timothy P. Tobin
    Timothy P. Tobin
    1001 Pennsylvania Ave,
    Suite 400 South
    Washington, D.C. 20004
    Tel. (202) 416-6800
    Fax (202) 416-6899
    ttobin@proskauer.com