UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
I.A.M. NATIONAL PENSION FUND, *et al.*)
                                     )
        Plaintiffs,      )
                                     ) Civil Action No. 06-1180 (JDB)
       v.                      )
INDUSTRIAL MATERIAL HANDLING  )
CO. OF NEW YORK, INC.,         )
                                     )
       Defendant.     )
_____

## ORDER

With the Court having considered the motion for a stay of all proceedings in the above-captioned action filed by Defendant Industrial Material Handling, Co. of New York, Inc., it is hereby:

**ORDERED**, that the motion is **GRANTED**.

**SO ORDERED**, this ___ day of _____, 2006.

                                                By: _____
                                                     The Honorable James D. Bates
                                                     United States District Judge

Copies To:   Russell L. Hirschhorn (*pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
212.969.3286
212.969.2900 (fax)

Timothy P. Tobin
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)

*Counsel for Defendant International
Material Handling Co. of New York, Inc.*

Joseph P. Martocci, Jr., Esq.
1300 Connecticut Ave., NW
Suite 300
Washington, DC  20036

Ellen O. Boardman, Esq.
O'Donoghue & O'Donoghue, LLP
4748 Wisconsin Ave., NW
Washington, DC  20016

*Attorneys for Plaintiffs*