UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, *et al.* | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-1180 (JDB) ) |
| INDUSTRIAL MATERIAL HANDLING CO. OF NEW YORK, INC. | ) ) ) |
| Defendant. | ) ) ) |

**MOTION TO STAY ALL PROCEEDINGS**

Defendant Industrial Material Handling Co. of New York, Inc. hereby respectfully moves this Court for an Order staying all proceedings in the above-captioned action, and awarding Defendant further relief as the Court may deem just and proper. This Motion is supported by the attached Memorandum of Law In Support of Defendant's Motion To Stay All Proceedings and a Proposed Order  Plaintiffs object to the requested stay of proceedings.

Dated: Washington, D.C.
September 18, 2006

>           Respectfully Submitted,
> PROSKAUER ROSE LLP
>
> By:_____/s/_____
>      Timothy P. Tobin (D.C. Bar No. 477694)
> 1001 Pennsylvania Ave, Suite 400 South
> Washington, D.C. 20004
> Tel. (202) 416-6800
> Fax (202) 416-6899
> ttobin@proskauer.com
>
> Russell L. Hirschhorn (RH-3394) (*admitted pro hac vice*)
> Proskauer Rose LLP
> 1585 Broadway
> New York, NY 10036-8299
> *Counsel for Defendant*

To:   Joseph P. Martocci, Jr., Esq.
      1300 Connecticut Ave., NW
      Suite 300
      Washington, DC  20036
      Attorney for Plaintiffs

      Ellen O. Boardman, Esq.
      O'Donoghue & O'Donoghue, LLP
      4748 Wisconsin Ave., NW
      Washington, DC  20016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September, 2006 a copy of the foregoing Motion to Stay All Proceedings was served via Facsimile and UPS Next Day Mail to the following:

Joseph P. Martocci, Jr., Esq.
1300 Connecticut Ave., NW
Suite 300
Washington, DC 20036
Attorney for Plaintiffs

Ellen O. Boardman, Esq.
O'Donoghue & O'Donoghue, LLP
4748 Wisconsin Ave., NW
Washington, DC 20016

_/s/_
Timothy P. Tobin
1001 Pennsylvania Ave,
Suite 400 South
Washington, D.C. 20004
Tel. (202) 416-6800
Fax (202) 416-6899
ttobin@proskauer.com