UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, *et al.* | ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 06-1180 (JDB) |
| v. | ) |
| INDUSTRIAL MATERIAL HANDLING CO. OF NEW YORK, INC. | ) ) ) |
| Defendant. | ) ) |

**AFFIDAVIT OF RUSSELL L. HIRSCHHORN, ESQ.**

STATE OF NEW YORK   )
                    )   SS:
COUNTY OF NEW YORK  )

**RUSSELL L. HIRSCHHORN, ESQ.** being duly sworn, deposes and says:

1. I am an associate with Proskauer Rose LLP, attorneys for Defendant Industrial Material Handling Co. of New York, Inc. ("Defendant"). I make this affidavit in support of Defendant's Motion to Stay All Proceedings. The matters set forth below are based on my personal knowledge and a review of documents relevant to this case.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Agreement for Merger of Pension Plans and Program of Relief.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Employer Agreement for Merger of Pension Plans and Program of Relief.

_____
RUSSELL L. HIRSCHHORN

Sworn to before me this 6th
day of October, 2006

_____
Notary Public

BEVERLY WALKER
Notary Public, State of New York
No. 01WA4683190
Qualified in Suffolk County
Commission Expires Oct. 31, 2006

2