# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 06-1180 (JDB)<br>) |
| INDUSTRIAL MATERIAL HANDLING CO. OF NEW YORK, INC. | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Joint Motion filed by all Parties in the above-captioned matter, and for good cause shown, it is this ____ day of _____, 2007, hereby ORDERED that the Motion is GRANTED and further ORDERED that:

1. Pursuant to F.R.Civ.P. 41(a)(2), the above-captioned matter is dismissed without prejudice on the conditions set forth in Paragraph 2 of this Order.

2. The Court will retain jurisdiction over this action. If settlement of this action is not finalized by the Parties, is not approved by the Bankruptcy Court, and if payment is not made to Plaintiffs of all amounts required by the settlement agreement, then Plaintiffs may, upon written motion to the Court, request that this lawsuit be reopened and reinstated as if no order of dismissal had been entered.

3. If such Motion is made, the Court will vacate this Order in which case this matter will be reopened and reinstated, as if no order of dismissal had been entered.

2

4. The Clerk of Court shall transmit a copy of this Order to all counsel of record.

                                                                                                                        _____
The Honorable John D. Bates
United States District Court Judge

151035_1.DOC