UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I.A.M. NAT'L PENSION FUND, et al.,

Plaintiffs,

v.

INDUS. MATERIAL HANDLING CO. OF NEW YORK, INC.,

Defendant.

Civil Action No. 06-1180 (JDB)

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of [20] parties' joint motion for entry of an order of dismissal without prejudice, and the entire record herein, it is this 30th day of January, 2007, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(2), the above-captioned matter is **DISMISSED** without prejudice on the following conditions:

The Court will retain jurisdiction over this action. If settlement of this action is not finalized by the parties, is not approved by the bankruptcy court, or if payment is not made to plaintiffs of all amounts required by the settlement agreement, then plaintiffs may, upon written motion to the Court, request that this lawsuit be reopened and reinstated as if no order of dismissal had been entered. If such motion is made, the Court may vacate this order, in which case this matter will be reopened and reinstated as if no

1

order of dismissal had been entered.

>                              _____
>                              John D. Bates
>                              United States District Judge